UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| STEVEN ERICH HUBBARD, ) | |
| ) | Case No. 4:17-cv-37 |
| *Plaintiff*, ) | |
| ) | Judge Travis R. McDonough |
| v. ) | |
| ) | Magistrate Judge Christopher H. Steger |
| CITY OF MCMINNVILLE POLICE ) | |
| DEPARTMENT and MACA MARK, ) | |
| ) | |
| *Defendants*. ) | |

## ORDER

Plaintiff Steven Erich Hubbard initiated this action on August 2, 2017, by filing his complaint against the City of McMinnville Police Department and Maca Mark. (*See* Doc. 1.) Plaintiff also filed a motion for leave to proceed in forma pauperis. (Doc. 2.) Plaintiff's motion was denied on August 14, 2017, and he was ordered to pay the filing fee within thirty days. (Doc. 6.) To date, Plaintiff has not paid his filing fee. Plaintiff is hereby **ORDERED** to pay the filing fee on or before **October 13, 2017**. Plaintiff is **ON NOTICE** that failure to pay the filing fee on or before October 13, 2017, will result in this case being dismissed without prejudice.

  **SO ORDERED.**

  /s/ *Travis R. McDonough*
  **TRAVIS R. MCDONOUGH**
  **UNITED STATES DISTRICT JUDGE**